# Third District Court of Appeal

## State of Florida

Opinion filed October 8, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1816
Lower Tribunal No. F02-35678
_____


**Kendal Major,**
Petitioner,

vs.

**State of Florida,**
Respondent.


A Case of Original Jurisdiction – Habeas Corpus.

Kendal Major, in proper person.

James Uthmeier, Attorney General, and Linda Katz, Assistant Attorney General, for respondent.


Before FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Kendal Major petitions for habeas relief. As this court has explained,

"[h]abeas relief is not available for matters that could have and should have

been raised on direct appeal; or for matters that have already been ruled on through another appellate procedure." <u>Diaz v. Dixon</u>, 402 So. 3d 434, 434 (Fla. 3d DCA 2024) (citing <u>Fails v. Jones</u>, 219 So. 3d 790, 791–92 (Fla. 2017)); <u>Zuluaga v. Dept. of Corr.</u>, 32 So. 3d 674, 676–77 (Fla. 1st DCA 2010) ("Habeas corpus is not a vehicle for obtaining additional appeals of issues which were raised or should have been raised on direct appeal, or which could have been, should have been, or were raised in post-conviction proceedings.").

Petition dismissed.